E-FILED
Tuesday, 10 December, 2013 10:35:30 AM
Clerk, U.S. District Court, ILCD

FILED
DEC - 9 2013
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

RECEIVED
DEC 04 2013
U.S. DISTRICT JUDGE
URBANA, ILLINOIS

pg. 1

Nov, 28, 2013

Judge Harold Baker,

My name is Roger CATRON, I was scheduled to appear before you about my SSD in June. and I think again in August "13". I hAve been held at the Vermilion County Jail for the last 8 months. And was not taken to see you. But that is not ~~why I am~~ the only reason I am writing you. I am having issues with the Medical Dept. and Correctional Staff at the Jail. I have medical problems. Mental and physical. I am writing this letter. But ~~I hAve~~ someone helping me put the words together. I was told that I should write grievances about my problems with the Jail. I have. I also got copy's of the Administrative Codes for IL. County Jails. Took me 3 months to get rules for Food, Medical, Commissary, and disciplinary action to detainees. The Jail and Medical Dept. Are not doing what they are suppose to do according to the Codes. When I write and send a grievance to Capt. Lewellyn that has the Admin Code stated that is being violated. He tells me he NEVER got it. OR, if he does send one back to me. He blows me off with some lame excuse. I send it to the ~~IL.~~ Director of County Jail + Detention Standards Unit. They say they NEVER recieved it. I sent the written grievances to my mother and she made a copy for me and sent the grievances on to Springfield for me. I sent an addressed stamped envelope to her along with my grievances. So, I do

pg. 2

have copy's of them. The Jail is not feeding us the minimum 1,800 calories, or a balanced and complete hot meal of the 3 meals in a 24 hour period. which is stated in Admin. Code Title 20 Section 701.110 Food Services. a)-5) The Medical Dept. refuses to let me have my pain medication that was prescribed to me by my family Doctor Kieth Whitaker in Hoopeston, IL. I wrote to Medical and told them that the Tramadol was not helping my pain. That was why my Dr. prescribed me the Hydrocodone. This is what the Nurse wrote back to me, "Keith Whitaker is not prescribing pain medication for you while in the P.S.B. (Public Saftey Building). He has recieved your letters and Medical has spoken with his office. We can deny narcotics as it is the Sheriffs Dept. policy. This is his jail." I don't think that is right. The Sheriff Pat Hartshorn is not a Physician. And I have been told that "NO ONE" can override what the physician says. And I have talked to detainees going to court that are getting Hydrocodone (NARCOTICS) from medical due to getting into a fight and there arm was broken. I have been in pain for the last 8 months at this jail. I've wrote to my family Dr. and told him. He wants to put me back on my regular pain medication. But this Nurse at the Jail tells him I can't have them. This was one of the first grievances I wrote back in April or May. Capt. Lewellyns response was "Medical is in charge of Medical." That was it. I sent that to Springfields (Director of County Jail.) MIKE Funk.) they said they never recieved it. I just found a hand

pg.3

written copy of that grievance. Notarized on 5-10-13. I've asked Capt. Lewellyn numerous times if he would please make me 1 copy for my own records. His response "I do not make copies for inmates." That's why I have to send them to my mom. She gets copy's for me. I have wrote grievances about not getting the right amount of food calories. Capt. Lewellyn says we are. Director of County Jail says," During their annual inspection. Requirements were being met." Maybe during the inspection they were. But afterwards they were not. 5 Food slots on trays. 90% of the time only 3 have food in them and it may only be a cookie or lettuce. None of their answers seem right to me. They way they act and do things. The grievances they say they never recieved her and in Springfield. I feel in my heart that what I am doing is right. But that, "NO ONE REALLY CARES." The Jail, Mike Funk. or anyone else connected to them will ever admit to doing anything wrong. I don't know what to do. I hAve no money to hire An attorney. I've asked 6 or 7 times to see mental Health. in the last 4 months. I have seen no one. I don't know if its not having the guts to do it. Or my kids that keep me from killing myself. I feel I am in "Hell" already. I want to sue for violating my Civil Rights. Can you please help me and let me know what I can do Judge Harold Baker. please! There is more issues, but I am not trying to write a book to you. Thank you for you time. I am lost and don't know what else to do!

OFFICIAL SEAL
KARLA KNOLL
Notary Public, State of Illinois
My Commission Expires 05-24-14

Karla Knoll

Roger Catron
Vermilion County Jail
2 East South St.
Danville, IL.
61832

Sincerely Yours,
Roger Catron
Roger Catron
(OVER)

Judge BAKER.
 Could you please somehow confirm you got this letter so I at least know that it made it to you. I am afraid I don't trust the staff that operate this jail.
 Thank you!